# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID E. BARTLING, | : | No. 44 MM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS YORK COUNTY, PENNSYLVANIA, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.